555 New

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2  Name **Milazo    Mark    F**

3        (Last)              (First)           (Initial)

4  Prisoner Number **K-13061**

5  Institutional Address **P.O. Box 1050   Soledad  Calif  93960**

6  =====================================================

7        UNITED STATES DISTRICT COURT      **PJH**
        NORTHERN DISTRICT OF CALIFORNIA

8

9  **Mark F. Milazo**                 **CV 08   1147**
   (Enter the full name of plaintiff in this action.)

10 **James Tilton (sec) vs. N. Grannis (Chief Appeals)**    Case No. _____
                                                    (To be provided by the Clerk of Court)
11 **(P. Delvillar)(Michael Evans)**
                                                    COMPLAINT UNDER THE
12 **(G.A. Neotti)(K. Jones)(R.A. Kessler)**         CIVIL RIGHTS ACT,
                                                    Title 42 U.S.C § 1983    **(PR)**
13 **(G. Lewis)(P. Roque)(G.R. Salazar)**

14 **(N. Clark)(A. Kuhnert)(A. Villalobos)**         E-Filing
   (Enter the full name of the defendant(s) in this action.)
15 **(Hogdan)(Mejiea)**

16 [All questions on this complaint form must be answered in order for your action to proceed..]

17 I.    Exhaustion of Administrative Remedies.

18       [**Note:** You must exhaust your administrative remedies before your claim can go

19       forward. The court will dismiss any unexhausted claims.]

20       A.    Place of present confinement. **Salinas Valley State Prison**

21       B.    Is there a grievance procedure in this institution?

22             YES (✓)    NO ( )

23       C.    Did you present the facts in your complaint for review through the grievance

24             procedure?

25             YES (✓)    NO ( )

26       D.    If your answer is YES, list the appeal number and the date and result of the

27             appeal at each level of review. If you did not pursue a certain level of appeal,

28             explain why. **Log No. SVSP-07-02352    1-31-08**

COMPLAINT                          - 1 -

1. Informal appeal _BY Passed_
_Because of The issue appealed._
_Per Appeals coordinator Eloy Medina_

2. First formal level _BY Passed_
_'The same as above_
_Per CCR 3084.5(b). Eloy Medina_

3. Second formal level _Denied_
_Because of continued Justification_
_and To wrongly Protect an abussive cop_

4. Third formal level _Denied_
_The same excuses as 2nd level but_
_wrongly stating Guilty by A preponderance_
_of evidence_

E.  Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)    NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why. _N/A_

II.  Parties.

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

_Mark F Milazo K-13061 P.O.Box 1050/A3-111_
_Soledad Calif, 93960_

B.  Write the full name of each defendant, his or her official position, and his or her place of employment. _(Principa l actor-P. DelVillar (Correction officer)_
_James Tilton (Secretary of Calif.) N. Grannis (chief In-mate_

COMPLAINT                                - 2 -

1  Appeals-Sac) Michael Evans (Warden - S.V.SP) G.A. Neotti

2  (Chief Dep Warden - SVSP) K. Jones (Captain - SVSP) R.A. Kessler (Lieutenant

3  SVSP) G. Lewis (C.D.O - SVSP) P. Rogue (Lt - SUSP) G.R. Salazar (Capt - SVSP)

4  N. Clark (Sgt - S.VSP) A. Kuhnert (R.N.- SVSP) A. Villalobos (C/o SV.SP) Sgt Hooten

5  III.    Statement of Claim. SVSP) (Major A. Lt. - SVSP)

6        State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  On 3-9-08 C/O Delivillar was working in A1-builds on 1st watch, my

11  Celly (Gilbert) and I were arguing and woke-up said C/o. He told me to

12  shut up & laydown. I didn't C/o came back up punched me in the ribs

13  Left came back again opened port sprayed (2) CANS of pepper spray

14  In our cell, shut port and told us to suck it up. My celly and I

15  were left in cell for 8 minutes. I was Then taken placed in cage

16  for 4½ hours being purposeky torcherd with spray left on whole

17  Time. Sgt Clark, C/o Villalobos put me in cage with the maliciouse

18  Intent to suffer. Nurse Kuhnert knew I wasn't Decontamenated becausa

19  of The 7219 form That (R.N.) filled out, M. Evans and James tilton failed

20  to properly train said officer and said officer's supervisor's, N.

21  Grannis, G.A. Neotti- K. Jones - R.A. Kessler - G. Lewis - P. Rogue and G.R. Sal

22  azar) Back C/o Delivillar's use of Deadly force and His falsified Report,

23  IV.    Relief.        " Plainti tls Prayer for Relief "

24        Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  ① That all Said Named Defendents be named in thier indivual

27  -nal and official capacity. ② That "Compensatory Damages"

28  are awarded ③ That "punitive Damages" are awarded

COMPLAINT                    - 3 -

1  ④ That The court order "Declaratory Relief!" To declare
2  each Parties rights & liabilities. ⑤ for the court to order "Injunc-
3  tive Relief" ⑥ To have Guilt finding Reversed and custody credits
4  Restored. ⑦ Appoint Legal Counsel and award Attorney Fees. ⑧ for the
   Court to grant any further Relief it may deem proper.
5  I declare under penalty of perjury that the foregoing is true and correct.
6  Also Prospective and Retrospective Relief and ask the court To order
   The said prison - S.V.S.P. Not to reprise against me Nor Transfer.
7  Signed this __17Th__ day of __February__, 20 0 8

9  _Mark J. Milazo_
10                    (Plaintiff's signature)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: JAN 3 1 2008

In re:   Mark Milazo, K13061
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

IAB Case No.: 0713434          Local Log No.: SVSP-07-02352

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Floto. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** The appellant is submitting this appeal relative to CDC Form 115, Rules Violation Report (RVR), Log #S07-03-0011, dated March 9, 2007, for Mutual Combat With Use Of O.C. Pepper Spray. The appellant contends that the information relied upon is erroneous. He claims that he was not involved in a mutual combat fight he only had an argument. It is the appellant's position that he is not guilty of the RVR as charged. He requests dismissal of the RVR.

**II   SECOND LEVEL'S DECISION:** The reviewer found that the appellant was afforded due process, including a fair and unbiased hearing by an impartial Senior Hearing Officer (SHO). On March 9, 2007, the reporting employee observed the appellant and another inmate involved in a mutual combat fight. They were striking each other in the upper torso and head areas. The reporting employee ordered them to stop, but they refused to comply necessitating the O.C. Pepper Spray be used twice to gain their compliance. Medical examination following the incident reflected that the appellant suffered injuries consistent with being involved in a physical altercation. The appellant was assigned an Investigative Employee (IE) to assist him in the gathering of evidence. The IE performed the duties appropriately as assigned. The SHO utilized the IE report during the hearing to render a decision. The appellant did not meet the criteria for the assignment of a Staff Assistant as there was no need for a confidential relationship; the issues are not complex; and the appellant is not illiterate and understands English. The appellant waived that witnesses be present at the hearing.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A.   FINDINGS:** The appellant was afforded all due process rights in the adjudication of the RVR and all procedural guidelines were met. A preponderance of evidence was established by an impartial SHO to sustain the guilty finding. Reports reflect that the appellant has presented no new or compelling evidence in the appeal, which would warrant a modification of the decision reached by the institution.

    **B.   BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3005, 3315, 3318, 3320, 3323

    **C.   ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, SVSP
Appeals Coordinator, SVSP

## INMATE / PAROLEE APPEAL SCREENING FORM

INMATE: **Milazo**    CDC #: **K13061**    CDC HOUSING: **A1-244**    CDCR-695

### THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR
### RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.
### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken                         [ ] Requested Appeal Withdrawn
[ ] Duplicate Appeal; Same Issue                          [ ] Appeal Previously Received and Processed
[ ] Appealing Action Not Yet Taken                        [ ] Incomplete 602 – Complete Next Appropriate Section
[ ] Incomplete Appeal – Documents Not Attached            [ ] Incomplete 602 – Sign and Date Appropriate Section
[ ] Time Constraints Not Met                              [ ] Limit of One Continuation Page May Be Attached
[ ] Cannot Submit On Behalf Of another Inmate            [X] Incomplete Disciplinary Appeal – Missing Documents*
[ ] Appeal Process Abuse – Inappropriate Statements      [ ] Incomplete Property Appeal – Missing Documents*
[ ] No Significant Adverse Effect Demonstrated            [ ] Failed to Provide Necessary Copies of Chrono(s)*
[ ] Action / Decision Not Taken By CDCR                   [ ] Appeal Process Abuse – Pointless Verbiage
[ ] Action Sought Is Under Sentencing Court Jurisdiction  [X] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Submit Issue to Assigned Parole Office               [ ] Attempting to Change Original Appeal Issue
[ ] Appeal Matter to VCGCB                                [ ] Not Authorized to Bypass Any Level
[ ] DRB Decisions Are Not Appealable                     [ ] Appeal Issue & Reasonable Accommodation Not 1824
[ ] Request for Interview; Not an Appeal                 [ ] Do Not Combine Staff Complaints with Other Issues
[ ] More than one issue –one issue per appeal            [ ] Emergency Not Warranted-CCR 3084.7

[ ] **Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.***

### PLEASE ATTACH AS NOTED BELOW:

[ ]   CDC 115/Hearing Officer's Results              [ ]   CDC 128C Medical Chrono
[ ]   CDC 115 with IE/DA information                 [ ]   CDC 1819 Denied Publications
[X]   Supplemental Reports to CDC 115                [ ]   CDC 128 A
[ ]   CDC 1030 Confidential Disclosure               [ ]   CDC 128 B
[ ]   CDC 114D Lockup Order                          [ ]   CDC 143 Property Transfer Receipt
[ ]   CDC 128G ICC/UCC                               [ ]   Cell Search Slip
[ ]   CDC 128G CSR Endorsement Chrono                [ ]   Receipts
[ ]   CDC 839/840 Class/Reclass Score Sheet          [ ]   Qtr. Pkg. Inventory Slip
[ ]   CDC 7219 Medical Report                        [ ]   Trust Account Statement
[ ]   **Other: SEE COMMENTS BELOW**                  [ ]   Property Inventory Slip

**Comments:  You may write on back of this form to clarify or respond to the above.**

Attach the Incident Report 5/14/07

**T. Variz, Correctional Counselor-II**
**Appeals Coordinator**
**Salinas Valley State Prison**                         Date: **4-25-07**

**This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*.  Please return this form to the Appeals Coordinator with the necessary information attached.**

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

CDU/Medun 2nd

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. 754-A    1. 07-02752    2nd

2. _____    2. _____    CDU/Tra

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Milazo, m | K-13061 | N/A | A1-244 |

A. Describe Problem: On 3-9-07 I/m Gilbert E-50957 and i were Arguing At That Time C/o Delvillar came to my cell. I Told The above C/o We aren't getting along. This C/o Told me to go lay-down. Gilbert and I continued To Argue and 10 minutes later The above C/o came back to our cell and told me I wont like it if I wake him up again and he (The C/o) has to come back up again. AT This time we continued—

If you need more space, attach one additional sheet.    RECEIVED MAY 14 2007

B. Action Requested: That i want this write up thrown out! I request A time stamp - showing that A-1 Bldg personel Alarm Was Activated at the said time by C/o Delvillar. This C/o CANT Get his statements Right!

Inmate/Parolee Signature: _____    Date Submitted: 4-19-07

C. INFORMAL LEVEL (Date Received: DELIVERED AUG 07 2007    DELIVERED MAY 03 2007    RECEIVED APR 25 2007    DELIVERED MAY 18 2007

Staff Response:

**BYPASS**

DELIVERED AUG 08 2007
RECD SEP 18 2007

Date Returned to Inmate: _____

Staff Signature: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

BRANCH APPEALS    NOV - 7 2007    RECEIVED

Date Submitted: _____

CDC Appeal Number: _____

Signature: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

Copy of Appeal Submitted to Hiring Authority for Assessment as staff complaint

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned _____
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____ 9-19-07    10/3/10

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____
☒ See Attached Letter

INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

Signature: _____ Date Completed: 10/23/07

Warden/Superintendent Signature: _____ Date Returned to Inmate: OCT 8 0 2006

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. *There are Numerous inconsistancies. The reason %0 DeWillar didn't do A report for She was that he wasn't going to do one! The only reason he did was because Gilbert and I made a compla t Sgt Hayden that This C/o punched me thru The port with his fist and sprayed (3) cnals of pepper spray and shut the port and told us to suck it up. The Sgt then said That the LT would lock us up "Reprise against us" if we made The c.a camera statement which you can see I was under 'Sever durace', look at The 115 report where The C/o states he walked up and we were slashi ng one another and he had to spray us several times. Now look at The 115-A statement where he s id when doing a security check he saw I/m Gilbert on the Top bunk and I told The C/o we weren't getting along. Then when he walked away he heard Arguing again and when he returned we started to fight and he sprayed us once and we stopped fighting. This C/o didn't get his story right, look at 115-C of Villelo los statement were he said when he apreached C/o DeWillar had our port open and told us to stop fighting and spray ce and we complied. No C/o's saw us fighting because we weren't! I was also forthered and left in a ldind cell for 4 1/2 hes while burning from spray. I was never Decontaminated back at 7219 As They clai t His Charge is false. They were no fight! even the reporting C/o makes conflicting Reports.

Signature: *Mark / Mileage*    Date Submitted: 11-4-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

*only due process issues reviewed. S/c submitted separately to H/A Eloy Medina*

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☒ See Attached Letter
Date: JAN 3 1 2008

CDC 602 (12/87)

*is in confliCt As he classifies The 115 As (CDO) and Then denies my 602 as C DW (A)*

602

to argue.' (This part told to us (Gilbert
and I) by I/m witthesses. cell 225 I/m
Weatherbe and Cell 247 I/m McCrakin and I/m
Florez! That c/o Delvillar was walking up c
side staire case shaking (2) cans of pepper
spray (Blue cans) next thing i hear is our
food tray slot open and my celly saying
"you dont have to do that" As i turned around
i was blasted in my mouth, nose and Eyes
with pepper spray.' As This C/o ran out he
put another can in our cell my celly
put his back to the blast so it wouldn't
hit me again. As he (The C/o) was spraying
The second can he was yelling "Stop fighting
stop fighting!" Which we weren't doing! This C/o
Then shut the port and said "suck it up!
I Felt that i was going to die.' The I/m
in cell 225 said "That the C/o left you and
your celly for 8 minutes before taking you out!"
NO alarm was sounded!!! They took me out
and put me in the ANex holding Cage and put
my celly into C-section shower. After about
4½ houes they brought me back and put me
back into Al-244 and Gilbert into Al-247. why
was it that c/o Delvillar had 2 cans of
c o pepper spray in his hands while doing a

Security check? My Due Process was Violated because I Never called C/o Delvillar to my hearing Nor C/o Villalobos for that matter! I stated from the start That we weren't fighting when I told my IE This. The IE Then went and Interviewed C/o ~~Dell~~ Delvillar. As plainly seen This C/o (after hearing my statement) changed there statement from fighting from the start — to arguing and then fighting. This C/o should not have been allowed a second bite from the poisend fruit! You can see That all of the C/o's that responded - Not one would lie and say we were fighting. but copied the rest of what happend from C/o Delvillar's report! As anyone can see there all The same! C/o Delvillar's original Report states we were ~~fighting~~ and then the Next statement he said "Inmate Gilbert was on the top bunk and then when I came back They were fighting!" C/o Delvillar told me on the way back to my cell about I/m Gilbert blocking for me during the second can of spray. I was never decontamenated at all. The 7219 even proves it. I was left to be tortured,!! Then you can see how it was to be made like i was decontamenated at ~~a~~ later writting. a lot of other things left out for reasons to be stated later as well. This C/o violated People vs Blake. As he used Excessive force, The use

# INMATE APPEAL ROUTE SLIP

*Medina*

## To: CDW/VARIZ

Date: September 19, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-07-02352** By Inmate <u>MILAZO</u>, <u>K13061</u>

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue: DISCIPLINARY

*D1-216*

Due Date: **10/31/2007**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

*D) GPL .11.8 read*

*10.16.07 nothing to add*

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:      October 22, 2007

To:        Inmate MILAZO, K-13061
           Salinas Valley State Prison

Subject:  SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-07-02352

### ISSUE:

The appellant is submitting this appeal relative to a CDC Form 115, Rules Violation Report (RVR), Log #S07-03-0011, dated March 9, 2007 for "Mutual Combat with use of OC Pepper Spray."

The appellant states he was not involved in a mutual combat; only an argument. The RVR is false, staff utilized unnecessary force, the appellant was not decontaminated, and the Reporting Employee (RE) gave conflicting testimony.

The appellant requests that the RVR be dismissed.

### REGULATIONS:

CCR Title 15 §3315 Serious Rule Violations
CCR Title 15 §3318 Assistance to Inmates for Serious Rule Violations
CCR Title 15 §3320 Hearing Procedures and Time Limitations
CCR Title 15 §3323 Disciplinary Credit Forfeiture Schedule

### SUMMARY OF INVESTIGATION:

The First Level of Review was bypassed per CCR 3084.5(b). Eloy Medina, Appeals Coordinator, was assigned to investigate this appeal at the Second Level of Review. The appellant was interviewed by CCII T. Variz on October 16, 2007.

In accordance with the CCR §3084.5 (h) Disciplinary Appeals; the RVR and supporting documentation is reviewed for procedural or due process requirements. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented by the appellant and evaluated in accordance with Salinas Valley State Prison Operational Procedures (OP); the CCR; and the Departmental Operations Manual (DOM).

In the appeal, the appellant makes allegations of misconduct. A copy of the appeal was submitted by the Second Level Reviewer to the Hiring Authority for review. The allegations of misconduct will not be addressed in this response; only due process issues.

**Inmate MILAZO, K-13061**
**Appeal Log Number-SVSP-A-07-02352**
**Page 2 of 2**

A review of the RVR indicates that appellant was charged with CCR 3005(c), for the specific act of "Mutual Combat with use of Pepper Spray." The charge was classified as a Division "D" offense.

The discovery date of the RVR was 3/9/07. The appellant received his copy of the RVR on 3/14/07, which was within fifteen (15) days of the discovery. The appellant was provided with his copy of the entire RVR. The hearing was conducted on 4/5/07, which was within thirty (30) days of issuance of the RVR.

The RVR was not referred to the Monterey County District Attorney's (DA) office for possible prosecution.

The RVR reflects that the appellant pled "not guilty" to the charges.

The appellant was not assigned a Staff Assistant per CCR §3315(d)(2) as the appellant's TABE score was above 4.0.

The appellant was not a participant in the Mental Health Services Delivery System (MHSDS). The circumstances of the RVR did not indicate that the appellant displayed any bizarre behavior that would raise concerns about his mental health.

The appellant meet the criteria for assignment of an Investigative Employee (IE). Correctional Officer C. Reyes fulfilled the duties of an IE.

The appellant requested two witnesses on the 115A but waived the presence of the two witnesses during the hearing by signing the 115A. The appellant did not request any evidence prior to or during the hearing.

The appellant attempts to present his defense to the charges in his appeal.

The appellant is advised that the purpose of the appeals process is to identify due process/procedural errors. The SHO was able to document a preponderance of evidence to support a finding of guilt.

Therefore, this review indicates that all due process was met.

**DECISION**: The appeal is DENIED.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

G. A. NEOTTI
Chief Deputy Warden
Salinas Valley State Prison

804 Sent To Records On _____ By _____

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-13061 | MILAZO | | 01/18/2014 | SVSP | A1-244 | S07-03-00 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR §3005(c) | MUTUAL COMBAT WITH USE OF O.C. PEPPER SPRAY | A1-244 | 03/09/07 | 0030 Hrs. |

CIRCUMSTANCES

On March 9, 2007, at approximately 0030 hours, while performing my duties as 'A' 1&2 Floor Officer, I heard yelling coming from the area of A1-244 occupied by Inmates GILBERT, E-50957, and MILAZO, K-13061. As I approached cell 244, I could see both inmates standing in the middle of the cell striking each other in the upper torso and head area with closed fist. I immediately pressed my personal alarm and ordered both inmates to stop their actions, with negative results. Fearing they may inflict serious injury upon each other. I administered O.C. Pepper Spray from my state issued MK-9 into the cell striking both inmates in the upper torso, with negative results. Both inmates continued to strike each other, I continued to give both inmates verbal orders to stop their actions, with negative results. I again administered O.C. Pepper Spray from my state issued MK-9 into the cell, striking both inmates in the facial area with positive results. I placed both inmates in handcuffs.   Sergeant Clark arrived and instructed C/O Gilmore to open cell 244 and directed C/O Avalos and I to escort Inmate GILBERT to 'C' upper shower without further incident.

Exhibit A

Inmate MILAZO **is not** a participant in the Mental Health Services Delivery System.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ P. Delvillar, Correctional Officer | 3/14/07 | Fac.A 1&2 Floor | S/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶    Ferry | 3-14-07 | DATE _____  LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE: | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D 41-90 | 3/14/07 | ▶ | ☐ HO ☒ SHO ☐ SC ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| S07-03-0011 | ▶  G. Kul | 3/14/07 | 2105 | ① 1E |

| ☒ INCIDENT REPORT LOG NUMBER: /P-CEN-07-03-0155 | BY: (STAFF'S SIGNATURE) ▶  G. Kul | DATE 3/14/07 | TIME 2105 | BY: (STAFF'S SIGNATURE) ▶ | DATE 4/13/07 | TIME 4:00 |
|---|---|---|---|---|---|---|

HEARING

**Plea:** NOT GUILTY.

**Findings:** Inmate MILAZO was found GUILTY of CCR §3005(c), specifically "Mutual Combat With The Use Of O.C. Pepper Spray" a Division "D" offense. This finding is based on the preponderance of evidence presented at the hearing which **does** substantiate the charge. The evidence presented at the hearing included: SEE CDC-115-C.

**Disposition:** Inmate MILAZO assessed 90 days forfeiture of credits in accordance with a Division "D" offense per CCR §3323(f)(9).

**Additional Disposition:** Inmate MILAZO was counseled, warned and reprimanded.

**Classification Referral:** N/A.

REFERRED TO ☐ CLASSIFICATION    ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| R.A. Kessler, Correctional Lieutenant | ▶ | 4/6/07 | 1003 |

| REVIEWED BY: (SIGNATURE) ▶ K. Jones, Captain | DATE 4-12-07 | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ G. Lewis, C.D.O. | DATE 4/12/07 |
|---|---|---|---|

| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶  G. Kul | DATE 4/15/07 | TIME 1930 |
|---|---|---|---|

CDC 115 (7/88)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**RULES VIOLATION REPORT - PART C**

PAGE _2_ OF _3_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-13061 | MILAZO | S07-03-0011 | S.V.S.P. | 04/05/07 |

☐ SUPPLEMENTAL ☒ CONTINUATION OF: ☐ 115 CIRCUMSTANCES ☒ HEARING ☐ IE REPORT ☐ OTHER

**Hearing:** 04/05/07.        **Time:** 1003 hours.        **Any Postponement Explained:** None.

**Inmate's Health:** Inmate MILAZO stated his health was good.  **MHSDS:** Inmate MILAZO **is not** a participant in the Mental Health Services Delivery System.

Date of Discovery: 03/09/07.        Initial RVR copy issued on: 03/14/07.
Hearing started on: 04/05/07.        Last document issued to inmate on: 04/03/07.
D.A. postponed date: None.        D.A. results issued date: None.        Time Constraints: Met.

**Staff Assistant:** A Staff Assistant was not assigned per CCR §3315(d)(2).

Inmate MILAZO's TABE score is above 4.0 as indicated in his C-file.

**Investigative Employee:** On 03/20/07, Correctional Officer C. Reyes was assigned as the Investigative Employee.

**D.A. Referral:** None.  **Evidence Requested:** None.  **External/Outside Evidence:** None.  **Video Tape Evidence:** N/A.

**Inmate Plea and Statement:** Inmate MILAZO entered a plea of NOT GUILTY and stated, "We were not fighting, we were arguing."

**Witnesses Requested:** During the issuance of a copy of the Rules Violation Report, Inmate MILAZO requested Inmates Florez, K-63387, and McCracken, J-21493, as a witnesses.  At the time of the hearing, Inmate MILAZO did not want any witnesses present and elected to waive this prior request, as documented by his signature on the CDC-115C (I.E. Report page 2 of 2) and dated 04/05/07.

**Witness Testimony at Hearing:** None.  **Confidential Information:** None.

**Findings:** Inmate MILAZO is found **GUILTY** of "Mutual Combat With The Use Of O.C. Pepper Spray."  This finding is based upon the following preponderance of evidence:

**A:** RVR Log #S07-03-0011 authored by Correctional Officer P. Delvillar, which states in part, "As I approached cell 244, I could see both inmates standing in the middle of the cell striking each other in the upper torso and head area with closed fist.  I immediately pressed my personal alarm and ordered both inmates to stop their actions, with negative results.  Fearing they may inflict serious injury upon each other.  I administered O.C. Pepper Spray from my state issued MK-9 into the cell striking both inmates in the upper torso, with negative results.  Both inmates continued to strike each other, I continued to give both inmates verbal orders to stop their actions, with negative results.  I again administered O.C. Pepper Spray from my state issued MK-9 into the cell, striking both inmates in the facial area with positive results."

**B:** CDC-837C Staff Report Log #SVP-CEN-07-03-0155 authored by Correctional Officer K. Gilmore, which states in part, "While performing my duties as A1 Control, I heard Inmates Milazo, K-13061, A1-244L, and Gilbert, E-50957, A1-244U, yelling at eachother, Correctional Officer Delvillar approached cell 244 and activated his personal alarm."

R.A. Kessler, Correctional Lieutenant

| (Continued On Part C) | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| Final Copy c/o J. Reyes | | | 4/5/07 |
| 4/15/07 1130 | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | | |

CDC 115-C (5/95)

OSP 99 25082

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS
PAGE _3_ OF _3_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-13061 | MILAZO | S07-03-0011 | S.V.S.P. | 04/05/07 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER

**(Findings Continued)**

C: CDC-837C Staff Report Log #SVP-CEN-07-03-0155 authored by Correctional Officer A. Villalobos, which states in part, "I arrived to 2#4 and observed Officer Delvillar open the food port and administer his O.C. Pepper Spray inside the cell. Delvillar was giving both Inmates Milazo, K-13061, and Gilbert, E-50957, verbal orders to assume a prone position and stop fighting."

D: CDC-7219 Medical Report conducted by Registered Nurse A. Kuhnert indicates Inmate Milazo sustained the following injuries: small superficial laceration inside the upper lip with redness to the lip area, reddened areas to the upper chest and right shoulder area, and had to be decontaminated due to O.C. Pepper Spray exposure. This injuries are consistent with being involved in mutual combat. *Lied, 7219 shows was never decontaminated nor checked on every 15 min and left for 4½ hes to burn and b turened.*

E: CDC-7219 Medical Report conducted by Registered Nurse A. Kuhnert indicates Inmate Gilbert had to be decontaminated due to O.C. Pepper Spray exposure. This is consistent with being involved in mutual combat.

F: The I.E. Report conducted by Correctional Officer C. Reyes, specifically wherein Inmate Milazo was interviewed regarding the charges and stated that he and Inmate Milazo were arguing. This is consistent with eyewitness accounts of the incident. *Gilbert ≠*

**Conclusion:** SHO finds a preponderance of evidence in rendering a guilty finding based on the Rules Violation Report documenting Inmate Gilbert and Milazo arguing then engaging in mutual combat with one another, which is corroborated by staff eyewitness testimony and Inmate Milazo's statement in the I.E. Report when he admitted that there was in fact an argument. This evidence is further substantiated by the injuries sustained by Inmate Milazo, including both inmate's decontamination from O.C. Pepper Spray exposure. *Red marks caused by OC spray and a tiny scratch on inside lip from trying to get air to breath. hook on vent caused lip mark*

**Enemy Concerns:** There are no enemy concerns. Inmates GILBERT, E-50957, and MILAZO, K-13061, were interviewed after the incident and both signed CDC-128B Compatibility Chronos. *A few days later I/M Gilbert was placed Back in A1-214 with Milazo, because staff knew we didn't fight*

**Appeal Rights:** Inmate MILAZO was advised of his appeal rights per CCR §3084.1(a). Inmate MILAZO was also advised of the policy and procedure of credit restoration per CCR §3327. Inmate MILAZO was advised he will receive a completed copy of the RVR upon final audit by the Chief Disciplinary Officer.

*Fund Copy C/o J. Reyes*
*1930  4/15/07*

R.A. Kessler, Correctional Lieutenant

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| *Fake* | | 4/5/07 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

☐ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)

OSP 99 25082

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NO. | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-13061 | MILAZO | CCR §3005(c) | 03/09/07 | SVSP | S07-03-0011 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ N/A | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| ☐ I REVOKE my request for postponement. | INMATE'S SIGNATURE ▶ N/A | DATE |
|---|---|---|

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED  ☐ WAIVED BY INMATE | ▶ | |

| ☐ ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|

| ☒ NOT ASSIGNED | REASON  DOES NOT MEET CRITERIA PER CCR §3315(d)(2) |
|---|---|

## INVESTIGATIVE EMPLOYEE    *Request with nesses*

| ☒ REQUESTED  ☐ WAIVED BY INMATE | INMATE'S SIGNATURE ▶ X *Mark Milazo* X 3-14-0 | DATE |
|---|---|---|

| ☒ ASSIGNED | DATE 03/20/07 | NAME OF STAFF  C. Reyes, Correctional Officer |
|---|---|---|

| ☐ NOT ASSIGNED | REASON |
|---|---|

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| FLOREZ K63387 | ☐ | ☐ | | ☐ | ☐ |
| McCRACKEN J21493 | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 03/20/07, I was assigned as Investigative Employee for CDC-115 Log #S07-03-0011. I informed Inmate MILAZO of my assignment and that as Investigative Employee my duties were as a fact finder for the Senior Hearing Officer. Inmate MILAZO stated that he had no objection to my serving in this capacity.

**DEFENDANT'S STATEMENT:** On 03/20/07, I interviewed Inmate MILAZO and he made the following statement: "I am not guilty, we were not fighting, we were arguing."

**REPORTING EMPLOYEE'S STATEMENT:** On 03/21/07, I interviewed Correctional Officer Delvillar and he made the following statement: "I was doing a security check when I heard both inmates arguing. When I approached the cell I saw Inmate Gilbert lying on the top bunk. Inmate Milazo stated to me that they were not getting along. I started leaving when I heard them arguing again. When I approached the cell door front I saw both inmates standing in the middle of the cell and they started to fight. I gave them orders to stop fighting but they continued to fight. I opened the foodport and sprayed with O.C. Pepper Spray both inmates then complied with my orders."

(Continued On Part C)    Exibit B

| Frank Cepa C/O J. RUELAS 4/5/02 1930 | C. Reyes, Correctional Officer  INVESTIGATOR'S SIGNATURE ▶ *C. Reyes* | DATE 4/3/07 |
|---|---|---|
| ☒ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ *J. Ruel* | TIME 2105  DATE 3/14/07 |

CDC 115-A (7/88)

STATE OF CALIFORNIA

**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS
PAGE _2_ OF _2_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-13061 | MILAZO | S07-03-0011 | S.V.S.P. | 04/02/07 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☒ IE REPORT  ☐ OTHER _____

**STAFF WITNESS' STATEMENT:** On 04/02/07, I interviewed Correctional Officer Villalobos and he made the following statement: "On that day I responded to an alarm in A1 cell 244. When I arrived Officer Delvillar had the foodport open and was giving a direct order to stop fighting. O.C. Pepper Spray was administered and both inmates complied. I then escorted one of the inmates to 'A' Health Annex."

**INVESTIGATIVE EMPLOYEE'S STATEMENT:** I went to A1 cell 244 to conduct an I.E. for Inmate Milazo and Inmate Gilbert, because both inmates requested an Investigative Employee. When I approached the cell door I saw both inmates sitting on the lower bunk. I spoke with Inmate Milazo first and he stated that they were just having an argument. However, he didn't state what they were arguing about. When a copy of the CDC-115 was issued to Inmate Milazo, he requested inmate witnesses, but during this interview Inmate Milazo did not want any witnesses and stated he was not guilty. I then spoke with Inmate Gilbert and he stated, "The same that he [Milazo] stated."

*We were Rehoused together! If we had been "Really fighting" why would They have allowed us to live together*

Reporting Employee requested at the hearing:  **No.**
Investigative Employee requested at the hearing:  **No.**
Staff / Inmate witnesses requested at the hearing:  **No.**
Additional information in Confidential Reports:  **No.**

I I/m MILAZO K-13061 WISH TO WITHDRAWL ALL WITNESS' AT THE TIME OF THE HEARING.

x _[signature]_ CDCR# K-13061 DATE 4-5-07

*From Cpn C/o J. Ruelas 4/15/02 1930*

C. Reyes, Correctional Officer

| SIGNATURE OF WRITER | | DATE SIGNED 4/3/07 |
|---|---|---|
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

☐ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)

OSP 99 25082

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (Rev. 07/05)

| PAGE 1 OF 1 | INCIDENT LOG NUMBER SVP-CEN-07-03-0155 | INCIDENT DATE 03/09/07 | INCIDENT TIME 0030 |
|---|---|---|---|

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | | USE OF FORCE |
|---|---|---|---|---|---|---|
| SVSP | CEN | ☐ I   ☐ II  ☐ III  ☒ IV | A1 | CELL 244 | ☐ ASU ☐ SHU ☐ PSU ☐ SEG YARD<br>☒ SNY ☐ PHU ☐ CTC ☐ CC ☐ WA<br>☐ GP ☐ RC ☐ RM | ☒ YES ☐ NO |

SPECIFIC CRIME / INCIDENT
Mutual Combat Necessitating Use of OC Pepper Spray
☒ CCR ☐ PC ☐ N/A
NUMBER/SUBSECTION: 3005 (c)

| D. A. REFERRAL ELIGIBLE ☐ YES ☒ NO | CRISIS RESPONSE TEAM ACTIVATED ☐ YES ☒ NO | MUTUAL AID REQUEST ☐ YES ☒ NO | PIO/AA NOTIFIED ☐ YES ☒ NO |
|---|---|---|---|

RELATED INFORMATION (CHECK ALL THAT APPLY OR N/A)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE<br>☐ STAFF<br>☐ VISITOR<br>☐ OTHER:<br>☒ N/A | ☐ ACCIDENTAL ☐ NATURAL<br>☐ EXECUTION ☐ UNKNOWN<br>☐ HOMICIDE<br>☐ SUICIDE<br>☐ OVERDOSE<br>☒ N/A | ☐ ON INMATE<br>☐ ON STAFF<br>☐ ON VISITOR<br>☐ OTHER:<br>☒ N/A | ☐ BEATING<br>☐ GASSING<br>☐ POISONING<br>☐ SEXUAL<br>☐ SHOOTING<br>☐ SLASHING | ☐ SPEARING<br>☐ STABBING<br>☐ STRANGLING<br>☐ OTHER:<br><br>☒ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | TYPE OF WEAPON / SHOTS FIRED / FORCE | | | |
|---|---|---|---|---|---|---|
| ☐ INMATE<br>☐ STAFF<br>☐ VISITOR<br>☐ OTHER:<br>☒ N/A | ☐ CHEMICAL SUBSTANCE<br>☐ CLUB / BLUDGEON<br>☐ EXPLOSIVE<br>☐ FIREARM<br>☐ HANDS / FEET<br>☐ KNIFE<br>☐ SAP/SLUNG SHOT<br>☐ PROJECTILE<br>☐ SPEAR | TYPE:<br>☐ COMMERCIAL WEAPON<br><br>☐ INMATE MANUFACTURED<br>   WEAPON | WEAPON:<br>☐ MINI 14<br>☐ 38 CAL.<br>☐ 9MM<br>☐ SHOTGUN<br>LAUNCHER:<br>☐ 37MM<br>☐ L8<br>☐ 40MM | WARNING # | EFFECT # | BATON ROUND<br>TYPE / NO:<br>WOOD<br>RUBBER<br>FOAM<br>STINGER :<br>.32 (A)<br>.60 (B)<br>EXACTIMPACT |
| **ESCAPES**<br>☐ W / FORCE<br>☐ W/O FORCE<br>☐ ATTEMPTED<br>☒ N/A | ☐ SLASHING INSTRUMENT: (TYPE)<br>☐ STABBING INSTRUMENT: (TYPE)<br>☐ OTHER:<br>☐ BODILY FLUID ☐ OTHER FLUID:<br>☐ UNKNOWN LIQUID<br>☒ N/A | | ☐ 40MM MULTI<br>☐ HFWRS<br>FORCE<br>☐ EXPANDABLE BATON<br>☐ PHYSICAL FORCE<br>☐ X10<br>☐ OTHER: | | | CTS 4557<br>XM 1006<br>CHEMICAL<br>☐ OC    MK-9<br>☐ CN<br>☐ CS<br>☐ N/A |

| CONTROLLED SUBSTANCE | WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | |
|---|---|---|---|---|
| ☐ POSITIVE UA<br>☐ CONTROLLED MEDS<br>☐ AMPHETAMINE<br>☐ BARBITURATES<br>☐ COCAINE<br>☐ CODEINE<br>☐ HEROIN<br>☐ MARIJUANA/THC<br>☐ METHAMPHETAMINE<br>☐ MORPHINE<br>☐ OTHER:<br>☒ N/A | ☐ WITH PACKAGING<br>☐ W/O PACKAGING<br>PRELIMINARY     LAB | ☐ MODIFIED PROGRAM<br>☐ LOCKDOWN<br>☐ STATE OF EMERGENCY<br><br>IF YES, LIST AFFECTED<br>PROGRAMS:<br><br><br>☒ N/A | ☐ EMPLOYEE JOB ACTION<br>☐ ENVIRONMENTAL HAZARD<br>☐ EXPLOSION<br>☐ FIRE<br>☐ GANG/DISRUPTIVE GROUP<br>☐ HOSTAGE<br>☐ INMATE STRIKE<br>☐ MAJOR DISTURBANCE<br>☐ MAJOR POWER OUTAGE<br>☐ NATURAL DISASTER<br>☐ PUBLIC DEMONSTRATION<br>☐ SPECIAL INTEREST I/M | ☐ WEATHER<br>☐ SEARCH WARRANT<br>☐ ARREST<br>☐ OTHER:<br><br>EXTRACTION:<br>☐ CALCULATED<br>☐ EMERGENCY<br><br>☒ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):

On March 9, 2007, at approximately 0030 hours, inmate Gilbert E-50957 A1-244 and Milazo K-13061 A1-244, were engaged in mutual combat in cell A1-244, necessitating the use of OC Pepper Spray to stop their actions.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) P. Roque | TITLE Lieutenant | ID # ▓▓▓▓ | BADGE # 50751 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) ▓▓▓▓ | DATE 3/9/07 |
| NAME OF WARDEN or AOD (PRINT/SIGN) G. R. Salazar | | TITLE Custody Captain (A) | DATE 3/9/07 |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (07/05)

| PAGE 2 OF 5 | INCIDENT LOG NUMBER |
|---|---|
| | SVP-CEN-07-03-0155 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| SVSP | CEN | 03/08/07 | 0515 |

| TYPE OF INFORMATION: |
|---|
| ☒ SYNOPSIS/SUMMARY OF INCIDENT   ☐ SUPPLEMENTAL INFORMATION   ☐ AMENDED INFORMATION   ☐ CLOSURE REPORT |

**NARRATIVE:**

On March 9, 2007, at approximately 0030 hours, Officer Delvillar was performing his duties as the A 1&2 floor officer when he heard yelling coming from cell A1-244, occupied by Inmate's Gilbert E50957 and Milazo K13061. Officer Delvillar approached the cell he saw Inmate's Gilbert and Milazo striking each other in the head and upper torso area. Officer Delvillar activated his personal alarm device and gave direct orders to stop with negative results. Both inmates continued to punch each other in facial and upper torso area. Officer Delvillar then discharged his MK9 OC pepper spray, striking both inmates in and about the facial area with negative results. Officer Delvillar again gave direct orders to stop with negative results. Officer Delvillar again discharged his MK9 OC spray striking both inmates in and about the facial area with positive results. Both inmates stop fighting and complied with Officer Delvillar's verbal orders to be placed into handcuffs. Once responding staff arrived both inmates were escorted out of the cell. Inmate Gilbert was escorted By Officer's Delvillar and Avalos to the C section shower for decontamination with water. Sergeant N. Clark and Officer Villalobos escorted Inmate Milazo to the Health Services Annex holding cell #3 and decontaminated with water.

SUSPECT(S): Gilbert E50957 (A4-244U) and Milazo K13061 (A4-244L)

VICTIM(S): N/A

ESCORT(S): Inmate Gilbert was was escorted by Officers Delvillar and Avalos and secured in the C-pod shower in building A-1. Inmate Milazo was escorted by Sergeant Clark and Officer Villalobos and secured in holding cell #3 in the Health Services Annex.

EVIDENCE: No evidence was collected in this incident.

USE OF FORCE: Officer Delvillar used OC pepper spray (MK-9 5.5 fogger)   *more then one can !*

MEDICAL/MENTAL HEALTH EVAULATION: RN T. A Kuhnert examined both Inmate Gilbert and Milazo and noted no injuries for Gilbert. Inmate Milazo sustained a superficial scratch to his lower lip. Neither Inmate Gilbert nor Milazo is not participant in the Mental Health Delivery system at any level of care.

CONCLUSION: Both Inmate's Gilbert and Milazo will be issued Rules Violation Reports for the specific act of "Mutual Combat". Both inmates were interviewed and signed a compatibility chrono. Inmate Milazo was re-housed in his assigned cell. Inmate Gilbert was rehoused in cell A1 247 without further incident.

NOTIFICATION: This case will not be referred to the Monterey County District Attorney's Office for prosecution. All appropriate administrative staff were notified of this incident. You will be apprised of any further developments in this matter via supplemental reports.

*Note: IF The so called "SlugFest" Went on like C/o Delvillar States on his RVR Reports Then there would be An abusive amount of injurys! Especially on I/m milazo considering I/m Gilb is 6ft1in tall and weight of 240 lbs with 23 inch Aams and milazo 5ft10in 150 with 18 inch Aams! These 7219's are not consist With Mutal Combat !*

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| R. Roque | Lieutenant | | 50751 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| | | 3/9/07 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| G.R. Salazar | Custody Captain (a) | 3/9/07 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDCR 837-B1 (07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __3__ OF __5__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | CEN | SVP-CEN-07-03-0155 |

**INMATE (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Gilbert | J. | | E50957 | M | Wht | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM<br>☒ SUSPECT<br>☐ WITNESS | 166 | ☐ YES<br>☒ NO | | | | ☐ YES<br>☒ NO | | |
| | ☐CCCMS ☐EOP ☐DPP☐ DMH<br>☐MHCB ☐DDP ☒N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☒ N/A          ☐VALIDATED  ☐ASSOCIATED  ☒ N/A

| ☐ HOSPITALIZED | ☒ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A | ☐N/A  A Health Services |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Milazo | M. | | K13061 | M | Wht | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM<br>☒ SUSPECT<br>☐ WITNESS | 59 | ☐ YES<br>☒ NO | | | | ☐ YES<br>☒ NO | | |
| | ☐CCCMS ☐EOP ☐DPP ☐ DMH<br>☐MHCB ☐DDP ☒N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

superficial scratch to lower lip

PRISON GANG / DISRUPTIVE GROUP

☐ N/A          ☐VALIDATED  ☐ ASSOCIATED  ☒ N/A

| ☐ HOSPITALIZED | ☒ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A | ☐N/A  A Health Services |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM<br>☐ SUSPECT<br>☐ WITNESS | | ☐ YES<br>☐ NO | | | | ☐ YES<br>☐ NO | | |
| | ☐CCCMS ☐EOP ☐DPP ☐ DMH<br>☐MHCB ☐DDP ☐N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A          ☐VALIDATED  ☐ ASSOCIATED  ☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A | ☐N/A |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM<br>☐ SUSPECT<br>☐ WITNESS | | ☐ YES<br>☐ NO | | | | ☐ YES<br>☐ NO | | |
| | ☐CCCMS ☐EOP ☐DPP ☐ DMH<br>☐MHCB ☐DDP ☐N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A          ☐VALIDATED  ☐ ASSOCIATED  ☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A | ☐N/A |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDCR 837-B2 (07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 4 OF 5

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | CEN | SVP-CEN-07-03-0155 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|---|
| Clark | N | | | Sgt. | | F | Blk | M/T |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | 110320 | A Sgt |
| ☒ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|---|
| Delvillar | P | | | C/O | | M | His | S/S |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA | | 111150 | A 1&2 Floor |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☒ YES  ☐ NO | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: MK-9 | |

| NAME: LAST | FIRST | | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|---|
| Villalobos | A | | | C/O | | M | His | S/S |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA | | 111170 | A S&E |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☐ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|---|
| Avalos | D | | | C/O | | F | His | M/T |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | 111173 | A I/P |
| ☒ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|---|
| Gilmore | K | | | C/O | | M | Blk | W/T |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | 111130 | A1 Control |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☒ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | |

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART B2- STAFF
CDCR 837-B2 (07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE _5_ OF _5_

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | CEN | SVP-CEN-07-03-0155 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| Kuhnert | A | | RN | | F | Wht | Vary |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA  ☒ RESPONDER  ☐ WITNESS  ☐ VICTIM | ▓▓▓▓▓ | N/A | ER Nurse |

DESCRIPTION OF INJURIES:
☒ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE: ____ ☒ N/A | ☒ N/A | ☐ YES  ☒ NO  TYPE: | ☐ YES  ☒ NO |

---

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE: ____ ☐ N/A | ☐ N/A | ☐ YES  ☐ NO  TYPE: ____ | ☐ YES  ☐ NO |

---

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE: ____ ☐ N/A | ☐ N/A | ☐ YES  ☐ NO  TYPE: ____ | ☐ YES  ☐ NO |

---

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE: ____ ☐ N/A | ☐ N/A | ☐ YES  ☐ NO  TYPE: ____ | ☐ YES  ☐ NO |

---

| NAME: LAST | FIRST | MI | TITLE | | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE: ____ ☐ N/A | ☐ N/A | ☐ YES  ☐ NO  TYPE: ____ | ☐ YES  ☐ NO |

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS



| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVSP | SVSP | USE OF FORCE / INJURY / UNUSUAL OCCURRENCE | | PRE AD/SEG ADMISSION | 3/9/07 |

| THIS SECTION FOR INMATE ONLY | NAME | LAST GILBERT | DOB FIRST 6-28-64 | CDC NUMBER E50957 | HOUSING LOC. A1 244 | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME | LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME | LAST FIRST | MIDDLE | DOB | OCCUPATION | |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE | |

| PLACE OF OCCURRENCE A1 244 | DATE/TIME OF OCCURRENCE 3/9/07 0040 | NAME OF WITNESS(ES) | | |
|---|---|---|---|---|
| TIME NOTIFIED 0045 | TIME SEEN 0055 | ESCORTED BY | MODE OF ARRIVAL (circle)  AMBULATORY / LITTER / WHEELCHAIR / ON SITE | AGE | RACE | SEX |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

in shower ∅ injuries

| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? YES / NO | |

| RN NOTIFIED/TIME 0045 | PHYSICIAN NOTIFIED/TIME |
|---|---|

| TIME/DISPOSITION 0045 | REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|---|

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDC 7219 (Rev. 11/02)     DISTRIBUTION: ORIGINAL - UHR     CANARY - CUSTODY     PINK - HEALTH AND SAFETY/RTW COORDINATOR

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SUS | SUSP | USE OF FORCE  OC     INJURY     UNUSUAL OCCURRENCE | | PRE AD/SEG ADMISSION | 3/9/0 |

| THIS SECTION FOR INMATE ONLY | NAME *LAST* Milaso *FIRST* | | CDC NUMBER K13061 | HOUSING LOC. A1244 | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME *LAST* | *FIRST* | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME *LAST* | *FIRST* | *MIDDLE* | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE A1244 | DATE/TIME OF OCCURRENCE 3/9/07  0040 | NAME OF WITNESS(ES) | | | |
|---|---|---|---|---|---|

| TIME NOTIFIED 0045 | TIME SEEN 0058 | ESCORTED BY | MODE OF ARRIVAL *(circle)* LITTER  WHEELCHAIR  AMBULATORY  ON SITE | AGE | RACE | SEX |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

I'm seen @ A yard small lac superficial inside ↑ lip. Speaks in Full sentences ∅ SOB

Note: Not consistent with C on M.14 7 2 19

| INJURIES FOUND?  YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

superficial inside ∂ top q lip

14

14

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME 0045 | PHYSICIAN NOTIFIED/TIME |
|---|---|
| TIME/DISPOSITION 0045   [signature] | |

2864362

| REPORT COMPLETED BY/TITLE    (PRINT AND SIGN) [signature] agtKuhnert | BADGE # 12 | RDOs V/AR4 |
|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

**CDC 7219** (Rev. 11/02)    DISTRIBUTION:  ORIGINAL - UHR    CANARY - CUSTODY    PINK - HEALTH AND SAFETY/RTW COORDINATOR

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
SVP-CEN-07-03-0155

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Gilmore | K | | 03/09/07 | 0030 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 111130 | A1 Control | 4 YR. 6 MO. | 03/09/07 | A1-244 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| W/T | 2200/0600 | Mutual Combat With the use of O.C | 3005 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☐ PRIMARY | N. Clark SGT. (s) | | Gilbert E-50957 (s) | Milazo K-13061 (s) |
| ☐ RESPONDER | | | | |
| ☒ WITNESS | | | | |
| ☐ VICTIM | | | | |
| ☐ CAMERA | | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | | CHEMICAL AGENTS USE BY YOU | |
|---|---|---|---|---|---|---|
| ☐ WEAPON | | NO: | | NO: | TYPE: | TYPE: |
| ☐ PHYSICAL | ☐ MINI-14 ____ | | ☐ 37MM ____ | | ☐ OC ____ | |
| ☐ CHEMICAL | ☐ 9 MM ____ | | ☐ 40 MM ____ | ____ | ☐ CN ____ | |
| ☒ NONE | ☐ 38 CAL ____ | | ☐ L8 ____ | ____ | ☐ CS ____ | |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN ____ | | ☐ 40 MULTI ____ | ____ | ☐ OTHER: ____ | |
| ☐ WEAPON | | | ☐ HFWRS | | | |
| ☐ PHYSICAL | ☒ N/A | | ☐ BATON | | ☒ N/A | |
| ☐ CHEMICAL | | | | | | |
| ☒ NONE | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN ☐ OTHER: ____ | ☒ NO |

**NARRATIVE:**
On March 9, 2007 at approximately 0030 hours, while preforming my duties as A1 control I heard inmates Milazo
K-13061 A1-244L and Gilbert E-50957 A1-244U yelling at each other, Correctional Officer Delvillar approached
cell 244 and activated his personal alarm due to my position at the control panel to allow the entry of responding staff
I did not see any use of force. Responding staff arrived and Sergeant Clark instructed me to open cell 244 both
inmates where escorted out of the cell by responding staff without further incident.

*Correct Statement "except for Akim*

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| | C/O | | 3/9/07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| M. McVey Sgnt | 3-9-2007 | ☐ YES ☒ NO | ☐ YES ☒ NO | 3-9-2007 |

Distribution:   Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
SVP-CEN-07-03-0155

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Avalos | D. | | 03/09/07 | 0 030 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 111173 R | Facility A I/P | YR. 8 MO. | 03/09/07 | A1-Cell 244 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE [X] N/A |
|---|---|---|---|
| MT | 2200-0600 | Mutual Combat W/ Use of O.C | 3005 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| [ ] PRIMARY | (S) N. Clark (SGT) | Gilbert E-50957 (S) |
| [X] RESPONDER | (S) P. Delvillar (CO) | Milazo K-13061 (S) |
| [ ] WITNESS | | |
| [ ] VICTIM | | |
| [ ] CAMERA | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | CHEMICAL AGENTS USE BY YOU |
|---|---|---|
| [ ] WEAPON | NO: NO: TYPE: | TYPE: |
| [ ] PHYSICAL | [ ] MINI-14 _____ [ ] 37MM _____ _____ | [ ] OC _____ |
| [ ] CHEMICAL | [ ] 9 MM _____ [ ] 40 MM _____ _____ | [ ] CN _____ |
| [X] NONE | [ ] 38 CAL _____ [ ] L8 _____ _____ | [ ] CS _____ |
| **FORCE OBSERVED BY YOU** | [ ] SHOTGUN _____ [ ] 40 MULTI _____ _____ | [ ] OTHER: _____ |
| [ ] WEAPON | [ ] HFWRS | |
| [ ] PHYSICAL | [X] N/A [ ] BATON | [X] N/A |
| [ ] CHEMICAL | | |
| [X] NONE | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| [ ] YES | | | [ ] YES | [ ] YES |
| [X] NO | [X] N/A | [X] N/A | [X] NO | [X] NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| [ ] YES | | | [ ] BODILY [X] N/A | [ ] YES |
| [X] NO | [X] N/A | [X] N/A | [ ] UNKNOWN | [X] NO |
| | | | [ ] OTHER: _____ | |

**NARRATIVE:**
On March 9, 2007 at approximately 0030 hours, while performing my duties as the Alpha Inner Perimeter Officer, I responded to an audible alarm in Facility A Building 1. When I arrived to the incident location, I was instructed by Sergeant N. Clark to assist C/O Delvillar in escorting Inmate Gilbert E-50957 A1 244 to upper C section shower. Gilbert was medically examined and decontaminated without further incident .

Correct Statement

[ ] CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE 03/09/07 |
|---|---|---|---|
| | | | |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 3/9/67 | APPROVED [X] YES [ ] NO | CLARIFICATION NEEDED [ ] YES [X] NO | DATE 3/9/67 |
|---|---|---|---|---|

Distribution:    Original-Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

**STATE OF CALIFORNIA**
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C-STAFF REPORT**
CDCR 837-C (Rev. 07/05)

PAGE __1__ OF __1__

| INCIDENT LOG NUMBER |
|---|
| SVP-CEN-07-03-0155 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Villalobos | A | | 03/09/07 | 0030 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 111170 | Facility A, S&E | 4 YR.  MO. | 03/09/07 | Facility A, Build 1, Cell 244 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|---|
| S/S | 2200-0600 | Mutual Combat W/Use of O.C. Pepper Spray | | 3005(c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | (S) Sgt. Clark | (S) Milazo K-13061    A1-244L |
| ☒ RESPONDER | (S) C/O Delvillar | (S) Gilbert E-50957    A1-244U |
| ☐ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | | CHEMICAL AGENTS USE BY YOU | |
|---|---|---|---|---|---|---|
| ☐ WEAPON | | NO: | | NO:  TYPE: | | TYPE: |
| ☐ PHYSICAL | ☐ MINI-14 | | ☐ 37MM | | ☐ OC | |
| ☐ CHEMICAL | ☐ 9 MM | | ☐ 40 MM | | ☐ CN | |
| ☒ NONE | ☐ 38 CAL | | ☐ L8 | | ☐ CS | |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN | | ☐ 40 MULTI | | ☐ OTHER: | |
| ☐ WEAPON | | | ☐ HFWRS | | | |
| ☐ PHYSICAL | ☒ N/A | | ☐ BATON | | ☒ N/A | |
| ☒ CHEMICAL | | | | | | |
| ☐ NONE | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN  ☐ OTHER: | ☒ NO |

**NARRATIVE:**

On March 9, 2007, at approximately 0030 hours, I responded to an audible alarm in Facility A, Building 1, Cell 244. I arrived to cell 244 and observed Officer Delvillar open the food port and administer his O.C. pepper spray inside the cell. Delvillar was giving both inmates Milazo K-13061 and Gilbert E-50957 verbal orders to assume the prone position and stop fighting. Officer Delvillar was standing in front of the cell door, so I was unable to see where he administered the O.C. pepper spray. Both inmates complied with his orders and assumed the prone position. Officer Delvillar placed both inmates in handcuffs. Sgt. Clark arrived and instructed the control booth officer to open cell door 244. Sgt. Clark and I escorted inmate Milazo K-13061 to the Facility A Health Annex Building, and placed him in holding cell #3. I searched the holding cell prior to placing inmate Milazo for any contraband with negative results. Inmate Milazo was decontaminated with copious amounts of cool running water, and medically examined by the Emergency Room Nurse. Inmate Milazo was rehoused with no further incident. This concludes my report.

This C/O States once C/O Delvilla
gave the order to Stop This "So called
fighting!" We complied at once. Als
C/O Villalobos States C/O Delvillar sprayed first
without warning, not by officer over

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE  C/O | BADGE # | DATE  03/09/07 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED  3/9/07 | APPROVED ☒ YES ☐ NO  CLARIFICATION NEEDED ☐ YES ☒ NO | DATE  3/9/07 |

Distribution:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
SVP-CEN-07-03-0155

| NAME: LAST | FIRST | | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|---|
| Clark | N. | | | 03/09/07 | 0030 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 110320 R | A-Facility Sergeant | 11 YR.   MO. | 03/09/07 | A1-CELL 244 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|---|
| M/T | 2200/0600 | MUTUAL COMBAT WITH THE USE OF OC | | 3005c | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☐ PRIMARY | (S)SGT.CLARK N | (S) GILMORE K | (S)MILAZO K-13061 | |
| ☒ RESPONDER | (S)RN/KUHNERT A | | (S)GILBERT E-50957 | |
| ☐ WITNESS | (S)C/O DEVILLAR | | | |
| ☐ VICTIM | (S)C/O VILLABOS | | | |
| ☐ CAMERA | (S)C/O AVALOS D | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | CHEMICAL AGENTS USE BY YOU | |
|---|---|---|---|---|---|
| ☐ WEAPON | | NO: | NO:   TYPE: | | TYPE: |
| ☐ PHYSICAL | ☐ MINI-14 _____ | ☐ 37MM _____ | | ☐ OC _____ | |
| ☐ CHEMICAL | ☐ 9 MM _____ | ☐ 40 MM _____ | | ☐ CN _____ | |
| ☒ NONE | ☐ 38 CAL _____ | ☐ L8 _____ | | ☐ CS _____ | |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN _____ | ☐ 40 MULTI _____ | | ☐ OTHER: _____ | |
| ☐ WEAPON | | ☐ HFWRS | | | |
| ☐ PHYSICAL | ☒ N/A | ☐ BATON | | ☒ N/A | |
| ☐ CHEMICAL | | | | | |
| ☒ NONE | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | | BIO HAZARD | PPE |
|---|---|---|---|---|---|
| ☐ YES | | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | | ☒ NO | ☐ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY | ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | | ☒ NO |
| | | | ☐ OTHER: | | |

**NARRATIVE:**

On March 9, 2007 at approximately 0030 hours while on duty as Facility A Sergeant . I Correctional Sergeant N. Clark responded audible alarm in A Facility Building 1 . When I arrived to A 1 correctional Officer Delvillar informed me of the incident . I observed two inmates in A 1-244 in handcuffs with effects of OLEREORESIN CAPSIUM spray . I then instructed officer Gilmore to open cell door 244 with staff at door . I then instructed officer Villalobos to escort inmate Milazo with myself to A holding cell in A Facility Health Annex . I also instructed Officer Delvillar and Avalos to escort Inmate Gilbert to upper c section shower . Both inmates were decontaminated from the chemical Oleoresin Capsicum peperspray with water and air . Both inmates were medically evaluated by ER Kuhnert RN and 7219 completed at this time it was noted both inmates had injuries .

*Gilbert Showed*
*None on 7219 This*
*Statement was False*
*from Sgt Clerk*
*A1 Stating Milazo Was*
*O/C De contaminated*
*7219 Shows NO De con*

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | | DATE |
|---|---|---|---|---|
| *N. Clark* | SERGEANT | | | 03/09/07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| M.McUy Sergeant | 03/09/07 | ☒ YES ☐ NO | ☐ YES ☒ NO | 03/09/07 |

Distribution:  Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 837-C (Rev. 07/05)

PAGE ___1___ OF ___1___

| INCIDENT LOG NUMBER |
| --- |
| SVP-CEN-07-03-0155 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
| --- | --- | --- | --- | --- |
| Delvillar | P | | 03/09/07 | 0030 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
| --- | --- | --- | --- | --- |
| 111150 | A 1&2 Floor | 4 YR. 4 MO. | 03/09/07 | A1 244 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | | CCR SECTION / RULE | ☐ N/A |
| --- | --- | --- | --- | --- | --- |
| S/S | 2200/0600 | Mutual Combat W/Use of O.C | | 3005 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
| --- | --- | --- |
| ☒ PRIMARY | A. Villalobos  (s) | Gilbert E-50957 (s)   Milazo K-13061 (s) |
| ☐ RESPONDER | D, Avalos (s) | |
| ☐ WITNESS | N. Clark  (s) | |
| ☐ VICTIM | K.Gilmore (s) | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | CHEMICAL AGENTS USE BY YOU | |
| --- | --- | --- | --- | --- | --- |
| ☐ WEAPON | | NO: | NO:  TYPE: | | TYPE: |
| ☐ PHYSICAL | ☐ MINI-14 _____ | ☐ 37MM _____ _____ | | ☒ OC | MK-9 |
| ☒ CHEMICAL | ☐ 9 MM _____ | ☐ 40 MM _____ _____ | | ☐ CN | |
| ☐ NONE | ☐ 38 CAL _____ | ☐ L8 _____ _____ | | ☐ CS | |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN _____ | ☐ 40 MULTI _____ _____ | | ☐ OTHER: _____ | |
| ☐ WEAPON | | ☐ HFWRS | | | |
| ☐ PHYSICAL | ☒ N/A | ☐ BATON | | ☐ N/A | |
| ☐ CHEMICAL | | | | | |
| ☒ NONE | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
| --- | --- | --- | --- | --- |
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
| --- | --- | --- | --- | --- |
| ☐ YES | | | ☐ BODILY    ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: _____ | |

**NARRATIVE:**

On March 9, 2007 at approximately 0030 hours, while preforming my duties as A 1&2 floor I heard yelling coming from the area of A1 244 occupied by Inmates Gilbert E50957 and Milazo K13061 . As I approached cell 244 I could see both inmates standing in the middle of the cell striking each other in the upper torso and head area with closed fist. I immediately pressed my personal alarm and ordered both inmates to stop their actions, with negative results. Fearing they my inflict serious injury upon each other I administered O.C pepper spray from my state issued MK-9 into the cell striking both inmates in the upper torso, with negative results. Both inmates continued to strike each other, I continued to give both inmates verbal orders to stop their actions, with negative results. I again administered O.C pepper spray from my state issued MK-9 into the cell striking both inmates in the facial area with positive results I placed both inmates in ' Hand Cuffs ' Sergeant Clark arrived and instructed C/O Gilmore to open cell 244 and directed C/O Avalos and I to escort inmate Gilbert to C upper shower without further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
| --- | --- | --- | --- |
| | C/O | | 3- 9- 07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED    CLARIFICATION NEEDED | DATE |
| --- | --- | --- | --- |
| M. McVy | 3-9-2007 | ☒ YES ☐ NO  ☐ YES ☒ NO | 3-9-2007 |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

*A - 1 - 2342*

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*6 - 26 - 2007*

REC'D SEP 18 2007

*MILAZO, K13061*
*A1 244*

Log Number: SVSP-A-07-02352
(Note: Log numbers are not assigned to screen out appeals or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have failed to reasonably demonstrate that the issue you are appealing adversely affects your welfare, pursuant to CCR 3084.1(a).*

*The appellant is advised that the appeals process is not a rehearing of the disciplinary. The appeals process is a review to determine if all time constraints were met and if due process was maintained during the course of the disciplinary proceedings. The appellant has not presented any "new" evidence that was not available to him prior to his disciplinary hearing. A review of the RVR disposition shows that the appellant was afforded the opportunity to present an adequate defense and to call witnesses. The appellant made a brief statement on his behalf and waived the presence of any witnesses at his disciplinary hearing. The appellant has not provided any evidence or documentation to substantiate his claim that he was not involved in mutual combat. He was specifically identified by the RE as a participant in the mutual combat and if the appellant wanted to question the veracity of the RE report or any other staff report he should have called the RE and other staff as witnesses.*

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

DELIVERED AUG 0 8 2007

804 Sent to Records On

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-13061 | MILAZO | | 01/18/2014 | SVSP | A1-244 | S07-03-00 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | MUTUAL COMBAT WITH | LOCATION | DATE | TIME |
|---|---|---|---|---|---|
| CCR §3005(c) | | USE OF O.C. PEPPER SPRAY | A1-244 | 03/09/07 | 0030 Hrs. |

CIRCUMSTANCES

On March 9, 2007, at approximately 0030 hours, while performing my duties as 'A' 1&2 Floor Officer, I heard yelling coming from the area of A1-244 occupied by Inmates GILBERT, F-50957, and MILAZO, K-13061. As I approached cell 244, I could see both inmates standing in the middle of the cell striking each other in the upper torso and head area with closed fist. I immediately pressed my personal alarm and ordered both inmates to stop their actions, with negative results. Fearing they may inflict serious injury upon each other, I administered O.C. Pepper Spray from my state issued MK-9 into the cell striking both inmates in the upper torso, with negative results. Both inmates continued to strike each other, I continued to give both inmates verbal orders to stop their actions, with negative results. I again administered O.C. Pepper Spray from my state issued MK-9 into the cell, striking both inmates in the facial area with positive results. I placed both inmates in handcuffs. Sergeant Clark arrived and instructed C/O Gilmore to open cell 244 and directed C/O Avalos and I to escort Inmate GILBERT to 'C' upper shower without further incident.

Inmate MILAZO **is not** a participant in the Mental Health Services Delivery System.

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ P. Delvillar, Correctional Officer | | | Fac.A 1&2 Floor | S/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| | | DATE | LOC. |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO | | | |
|---|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE | D A.40 | 3/14/07 | ▶ | ☐ HO | ☒SHO | ☐ SC | ☐ FC |
| ☒ SERIOUS | | | | | | | |

## COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| S07-03-0011 | ▶ | 2/14/0 | 2105 | |

| ☒ INCIDENT REPORT LOG NUMBER: VP-CEN-07-03-0155 | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|---|
| | ▶ | 2/14/0 | 2105 | ▶ | | |

HEARING

| REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA | | | | |
|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | SIGNATURE | | DATE | TIME |
| | ▶ | | | |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE | |
| ▶ | | ▶ | | |
| ~ INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
| | ▶ | | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**RULES VIOLATION REPORT - PART C**

PAGE _2_ OF _2_

| CDC NUMBER | INMATE'S NAME | | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|---|
| K-13051 | MILAZO | | S07-03-0011 | S.V.S.P. | 04/02/07 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☒ IE REPORT  ☐ OTHER_____

**STAFF WITNESS' STATEMENT:** On 04/02/07, I interviewed Correctional Officer Villalobos and he made the following statement: "On that day I responded to an alarm in A1 cell 244. When I arrived Officer Delvillar had the foodport open and was giving a direct order to stop fighting. O.C. Pepper Spray was administered and both inmates complied. I then escorted one of the inmates to 'A' Health Annex."

**INVESTIGATIVE EMPLOYEE'S STATEMENT:** I went to A1 cell 244 to conduct an I.E. for Inmate Milazo and Inmate Gilbert, because both inmates requested an Investigative Employee. When I approached the cell door I saw both inmates sitting on the lower bunk. I spoke with Inmate Milazo first and he stated that they were just having an argument. However, he didn't state what they were arguing about. When a copy of the CDC-115 was issued to Inmate Milazo, he requested inmate witnesses, but during this interview Inmate Milazo did not want any witnesses and stated he was not guilty. I then spoke with Inmate Gilbert and he stated, "The same that he [Milazo] stated."

Reporting Employee requested at the hearing:    **No.**
Investigative Employee requested at the hearing:  **No.**
Staff / Inmate witnesses requested at the hearing:  **No.**
Additional information in Confidential Reports:  **No.**

C. Reyes, Correctional Officer

| | | | |
|---|---|---|---|
| | SIGNATURE OF WRITER | | DATE SIGNED |
| | | | 4/3/0 |
| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | | |

CDC 115-C (5/95)

OSP 99 25082

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-13061 | MILAZO | CCR §3005(c) | 03/09/07 | SVSP | S07-03-0011 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  ☐ YES  ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ► N/A | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ► N/A | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | |
|---|---|---|
| | N/A | |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ► N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED  ☐ WAIVED BY INMATE | ► | |
| ☐ ASSIGNED | DATE | NAME OF STAFF |
| ☒ NOT ASSIGNED | REASON DOES NOT MEET CRITERIA PER CCR §3315(d)(2). | |

## INVESTIGATIVE EMPLOYEE    ROGER W...

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☒ REQUESTED  ☐ WAIVED BY INMATE | ► X M. Milazo X | |
| ☒ ASSIGNED | DATE 03/20/07 | NAME OF STAFF C. Reyes, Correctional Officer |
| ☐ NOT ASSIGNED | REASON | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| FLORES K63387 | ☐ | ☐ | | ☐ | ☐ |
| McCRACKEN J21493 | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 03/20/07, I was assigned as Investigative Employee for CDC-115 Log #S07-03-0011. I informed Inmate MILAZO of my assignment and that as Investigative Employee my duties were as a fact finder for the Senior Hearing Officer. Inmate MILAZO stated that he had no objection to my serving in this capacity.

**DEFENDANT'S STATEMENT:** On 03/20/07, I interviewed Inmate MILAZO and he made the following statement: "I am not guilty, we were not fighting, we were arguing."

**REPORTING EMPLOYEE'S STATEMENT:** On 03/21/07, I interviewed Correctional Officer Delvillar and he made the following statement: "I was doing a security check when I heard both inmates arguing. When I approached the cell I saw Inmate Gilbert lying on the top bunk. Inmate Milazo stated to me that they were not getting along. I started leaving when I heard them arguing again. When I approached the cell door front I saw both inmates standing in the middle of the cell and they started to fight. I gave them orders to stop fighting but they continued to fight. I opened the foodport and sprayed with O.C. Pepper Spray both inmates then complied with my orders."

**(Continued On Part C)**

C. Reyes, Correctional Officer

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ► | 4/3/07 |

| ☒ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ► | TIME 2605 | DATE 3/14/07 |
|---|---|---|---|

CDC 115-A (7/88)  — *If additional space is required use supplemental pages* —  OSP 03 74845

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| E-15061 | MILAZO | CCR §3005(c) | 03/09/07 | SVSP | 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 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES  ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | | |
|---|---|---|---|
| | N/A | | |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ **I REVOKE** my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | ▶ | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | |
| ☒ NOT ASSIGNED | REASON **DOES NOT MEET CRITERIA PER CCR §3315(d)(2).** | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☒ REQUESTED | ☐ WAIVED BY INMATE | ▶ | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | |
| ☐ NOT ASSIGNED | REASON | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| Tolez E-6087 | ☐ | ☐ | | ☐ | ☐ |
| McCaroken 14173 | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE ▶ | DATE |
|---|---|---|

| ☒ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME 2:05 | DATE |
|---|---|---|---|

CDC 115-A (7/88)    — *If additional space is required use supplemental pages* —    OSP 03 74845

I ASK The court To be Allowed to go forth Without pre-pay ment and Then to be Able To pay payments as Others without money Are allowed! Thank you!

I Wasn't sure if i WAS suppose to enclose my 602 - In The 1983 you ask IF I filed but, didn't say to send or Not. AS. you CAN see by The principle officers Report and statement. The lie's In it as well as supervisors.

Milazo - K-13061
P.o. Box 1050 / A-3-111
Soledad, Calif. 93960
Salinas Valley Prison

FEB 25 2008

United States Dis.TR.
NoRTHERN DisTRicT of C
450 GoldEN GatE
Box 36060
San FranciscO,

STATE PRISON
GENERATED MAIL