FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark F Milazo

Plaintiff,

vs. P. Delvillur
James Tilton, N. Grannis, Michael
Evans, G.A. Neotti, G. Lewis, G.R.
Salazar, K. Jones, P. Roque, R.A Kessler
N. Clark, A. Villalobos, A. Kuh-
vent, Majiea, Hogdan

Defendant.

CV 08   1147   PJH

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED (PR)
IN FORMA PAUPERIS

I, Mark F Milazo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____
Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

*Note; you dont have a space That list monies recieved by anyother source — my aunt sends me $200.00 a month (mostly-everymonth deposit) for me to go to the Canteen $180.00 monthly (As I cant eat This Food) and for my medical!*

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Last Job was "Burns Security" in 1995

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

NO

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a. List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

M.M - K.C

Jhon Gilbert (share 1/2 of my monthly canteen with celly.)

5. Do you own or are you buying a home?   Yes ___   No ✓
Estimated Market Value: $ 0    Amount of Mortgage: $ 0

6. Do you own an automobile? NO    Yes ___   No ___
Make ___   Year ___   Model ___
Is it financed? Yes ___ No ___   If so, Total due: $ 0
Monthly Payment: $ 0

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: N/A
Present balance(s): $ 0
Do you own any cash? Yes ✓ No ___ Amount: $ ___
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

                                        medical
                                        Co-pay Charges $0
                            Dental     Optomitrist
8. What are your monthly expenses? Partially $110.00  Eye Glasses $73.50
Rent: $ 0    Utilities: 0
Food: $ 180.00   Clothing: 0
Charge Accounts: None

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ✗ | $ ✗ | $ ✗ |
|  | $ |  |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

_____ NO _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-17-08     *Mark J. Mikazo*
DATE        SIGNATURE OF APPLICANT

FEB 1 9 2008

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: _____                    _____
                                     [Authorized officer of the institution]

I have Enclosed an IN Forma Pauperis Application along with my legal work Asking The Court To Allow me to proceed Without Prepayment and To pay Installments!