Dear Richard                08-1147
                             pjh

FILED
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3-10-08

You send me this back in 2-27-08 and they just give it to me today, I had sent the forms to the trust office back when i first sent you my complaint with the complaint in the first Manilla envelope and the "Trust certificate" in the outer one, but, these hate full asses, just send you my complaint because it was already legally sealed infront of a cop! They are just trying to delay my "Due Process" When you sent my cellies back for the same reason (Gilbert has case) the prison kept sending it back and asking for this and (or) that and it was just a D

Ploy to dissuade him from filing!
I would like to formaly request that your court only charge me in payments as i have no real money of my own, its gifts from my aunt and i do pay for all of my things in prison as you can see, and i think i should be treated as those whom are without monies! I don't understand why a person who just wants justice should have to pay for it, as we never filed before! Also, when you send any material to me, would you please make sure its sealed. Thats most likely why there acting messed-up, Because they Read my complaint! Sincerley yours, Thank you!
             Mark J Mitog[...]