```
                                                    FILED
                                                    MAR 1 4 2008
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK F Milazo

Plaintiff,

vs.

James Tilton, N. Grannis, P. Delvillar, Michael Evans, G.A. Neotti, K. Jones, R.A. Kessler, G. Lewis, P. Reque, G.R. Salazar, N. Clark, A. Kuhnert, A. Villalobos, Hogdan, Majiea

Defendant.

CASE NO. CV 08 1147 PJH (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____Wells fargo security (1995)_____
6  _____min wage_____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✓
14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  No, But my Aunt send me money for feed
22  (As I can't eat states) And to pay for medical, Eye dec, & Dentist
23  3.     Are you married?                      Yes ___ No ✓
24  Spouse's Full Name: _____ N/A
25  Spouse's Place of Employment: _____ N/A
26  Spouse's Monthly Salary, Wages or Income
27  Gross $_____ Net $_____ N/A
28  4.     a.   List amount you contribute to your spouse's support:$ ____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _Jhon Gilbert 43_____
6   _Share 1/2 of 180.00 monthly store___
7   5.   Do you own or are you buying a home?   Yes ___ No _✓_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ___ No _✓_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $ _N/A_
12  Monthly Payment: $ _N/A_
13  7.   Do you have a bank account? Yes ___ No _✓_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _N/A_
15  _____
16  Present balance(s): $ _N/A_
17  Do you own any cash? Yes _✓_ No ___ Amount: $ _772.94_
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ___ No _✓_
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____   Utilities: _____
23  Food: $ _180.00_   Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _Ø_____ $ ___Ø_____ $ _____
27  _Ø_____ $ ___Ø_____ $ _____
28  _Trust_____ $ _____ $ _183.50_

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Eye Glases $ 73.50_
_Dental (partials) $ 110.00_   plus $5.00 here & There for medical

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_N/A_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3-10-08_                    _Mark L. Wyly_
DATE                         SIGNATURE OF APPLICANT

FILED

Case Number: C08-1147 PJH

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Mibzo, Mark  K13061__ for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020                [prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __1606.67__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __646.24__.

Dated: __3/13/08__                          __L. Macias__
                                            [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                REPORT DATE: 03/13/08
                                                       PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       SALINAS VALLEY STATE PRISON
                     INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 13, 2008

ACCOUNT NUMBER  : K13061              BED/CELL NUMBER: FAB3T1000000111L
ACCOUNT NAME    : MILAZO, MARK FREDERICK   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------     ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                                 198.31

09/17  FR01  CANTEEN RETUR   700808                               180.00-       378.31
09/17  FC01  DRAW-FAC 1      0810 A1                              180.00        198.31
10/01  D300  CASH DEPOSIT    0941 6921               400.00                     598.31
10/11  D300  CASH DEPOSIT    1037 6953               200.00                     798.31
10/15  FC06  DRAW-FAC 6      1068 D1                                45.00       753.31
11/07  FC06  DRAW-FAC 6      1279    D1                             45.00       708.31
11/16  W512  LEGAL POSTAGE   1368 ENVEL                              2.50       705.81
12/06  D300  CASH DEPOSIT    1498 7122               400.00                   1,105.81
12/17  FC01  DRAW-FAC 1      1591 A3                               180.00        925.81
12/18  W536  COPAY CHARGE    1608 COPAY                              5.00        920.81
       ACTIVITY FOR 2008
01/04  W536  COPAY CHARGE    1731DCOPAY                              5.00        915.81
01/14  FR01  CANTEEN RETUR   701813                                  0.05-       915.86
01/14  FC01  DRAW-FAC 1      1814 A3                               180.00        735.86
02/15  FC01  DRAW-FAC 1      2145 A3                               180.00        555.86
03/03  D300  CASH DEPOSIT    2250 7392               400.00                      955.86


                          CURRENT HOLDS IN EFFECT
 DATE        HOLD
PLACED       CODE      DESCRIPTION              COMMENT        HOLD AMOUNT
--------     ----      -----------              -------        -----------
01/09/2008   H102    EYEGLASSES HOLD          1782 OPTIC          73.50
01/09/2008   H115    DENTAL HOLD              1782DENTAL         110.00

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
BALANCE       DEPOSITS     WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
---------     --------     -----------    -------       -------      ------------
 198.31       1,400.00        642.45       955.86       183.50           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3/13/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

772.36

Mark Milage K-13011
P.O. Box 1050 B3-111
Soledad Calif 93960
[illegible]

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

